Núm. 2.—PUEBLO, querellante v. RUBERT HERMANOS, INC., dmda. Original. ▆▆▆▆▆▆ Julio 13, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

VISTA la moción presentada por la corporación demandada solicitando se ordene la cancelación de las anotaciones hechas en el Registro de la Propiedad de San Juan, Sección Segunda, de la querella presentada en este caso, y examinados los alegatos radicados por ambas partes litigantes;

POR CUANTO, los fundamentos de dicha moción y los argumentos aducidos en apoyo de la misma son idénticos a los presentados en apoyo de una moción presentada con el mismo objeto en el caso de *Quo Warranto* núm. 1, entre *El Pueblo de Puerto Rico y The Fajardo Sugar Company of Porto Rico et al.* (ante, pág. 893);

Por las razones y fundamentos consignados en la opinión emitida en el día de ayer en el citado caso de *Quo Warranto* núm. 1, se declara no haber lugar a la cancelación solicitada.

El Juez Asociado Sr. Córdova Dávila no intervino.